Entered on Docket
June 14, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: June 14, 2010

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

BARBARA A. MATTHEWS (SBN 195084)
Assistant U.S. Trustee
MARGARET H. McGEE,
Trial Attorney (SBN 142722)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
maggie.mcgee@usdoj.gov

Attorneys for Acting United States Trustee, Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GREGORY F. GRIFFIN<br><br>Debtor. | Case No. 08-42426 LT<br><br>Chapter 7<br><br>Adversary Proceeding No.09-4459<br><br>JUDGMENT |
| Sara L. Kistler, Acting<br>United States Trustee,<br>Plaintiff,<br>v.<br>GREGORY F. GRIFFIN<br><br>Defendant. | |

Upon the entry of the order approving the Stipulation For Denial of Discharge and Entry of Judgment Thereon, executed by and between Sara L. Kistler, the Acting U.S. Trustee and Plaintiff herein, by and through her counsel, on the one hand, and Gregory F. Griffin, the Defendant herein, on the other hand, and upon all prior proceedings herein and upon the consent of the parties hereto it is:

ORDER ADJUDGED and DECREED Defendant's discharge be, and hereby is, denied.

****************END OF JUDGMENT**************

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | |
| 3 | The Acting U.S. Trustee |
| | 1301 Clay Street, Suite 690N |
| 4 | Oakland, CA. 94612 |
| 5 | |
| | Gregory Griffin |
| 6 | 203 Hawk Court |
| | Alamo, CA. 94507 |
| 7 | |
| 8 | Tevis Thompson |
| | 2307 So. Crest Avenue |
| 9 | Martinez, CA. 94553 |