# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−4 | User: vbadea | Date Created: 6/14/2010 |
| Case: 09−04459 | Form ID: pdfeoapc | Total: 5 |

**Recipients of Notice of Electronic Filing:**

aty      Margaret H. McGee      maggie.mcgee@usdoj.gov

                                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla      Sara L. Kistler      Office of the United States Trustee      1301 Clay St, Ste 690 N      Oakland, CA 94612−5217
dft      Gregory F. Griffin      203 Hawk Court      Alamo, CA 94507
ust      Office of the U.S. Trustee/Oak      Office of the U.S. Trustee      1301 Clay St. #690N      Oakland, CA 94612
           Tevis Thompson      2307 So. Crest Avenue      Martinez, CA. 94553

                                                                              TOTAL: 4